United States District Court
Southern District of Texas
**ENTERED**
July 23, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRELL GENTRY, ROMERO RIAS, GURNEY SMITH, JAMES DENNIS, BRUCE SIZEMORE, TYLER BEYER, KORY GAUSEN, JOHN MONICA, JOSHUA MCGRAW, and JAMES SMITH, individually and on behalf of others similarly situated,, <br>     *Plaintiff*, <br><br> v. <br><br> SCIENTIFIC DRILLING INTERNATIONAL, INC., <br>     *Defendant*. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-CV-0363 |

## ORDER

This matter is before the court on plaintiffs' unopposed motion to approve settlement. Dkt. 128. The court determines that the settlement is fair and reasonable and should be granted. The court further approves the plaintiffs' enhancement payments and the attorneys' fees and costs as set forth in the settlement agreement. The court further approves the notice and claim forms attached to the settlement agreement and directs that notice be disseminated as provided in the settlement agreement.

Signed at Houston, Texas, on July 23, 2018.

*Stephen Wm Smith*
United States Magistrate Judge