United States District Court
Southern District of Texas
**ENTERED**
July 30, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Terrell Gentry, et al., | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Civil Action H-14-363 |
| | § | |
| Scientific Drilling International, Inc., | § | |
| *Defendant*. | § | |

## ORDER

On July 23, 2018, the court approved the settlement agreement for this case and the member cases. The parties need time to complete the claims process, but there are no more issues for the court to resolve. Therefore, it is hereby

ORDERED that the above-captioned case is DISMISSED. The court retains jurisdiction over this case for purposes of ensuring compliance with the settlement agreement. This dismissal is without prejudice to the right of either party to move to reopen the case if the requirements of the settlement agreement are not met.

Signed at Houston, Texas on July 30, 2018.

Stephen Wm Smith
United States Magistrate Judge